UNITED STATES v. BROWNELL. (Circuit Court of Appeals, Second Circuit. November 16, 1908.) No. 78 (4,586). Appeal from the Circuit Court of the United States for the Southern District of New York. For decision below, see 159 Fed. 219, affirming a decision by the Board of United States General Appraisers. G. A. 6,453 (T. D. 27,645). D. Frank Lloyd, Asst. U. S. Atty. Mayer & Gilbert (Julius M. Mayer, of counsel), for appellee. Before LACOMBE, COXE, and NOYES, Circuit Judges.

PER CURIAM. Decision affirmed.

---

UNITED STATES v. NAGLE et al. (Circuit Court of Appeals, Second Circuit. February 11, 1908.) No. 138. In Error to the District Court of the United States for the Western District of New York. There was no opinion below. For earlier proceedings in this cause, see 145 Fed. 302, 76 C. C. A. 181. Lyman M. Bass, U. S. Atty. Stearns, Towne & Smith (Arthur C. Wade, of counsel), for defendants in error. Before LACOMBE, COXE, and WARD, Circuit Judges.

PER CURIAM. Judgment affirmed.

---

UNITED STATES v. OUWERKERK. (Circuit Court of Appeals, Second Circuit. April 14, 1908.) No. 128 (4,136). Appeal from the Circuit Court of the United States for the Southern District of New York. For decision below, see 153 Fed. 916, affirming a decision by the Board of United States General Appraisers (G. A. 6,169, T. D. 26,772), which had affirmed the assessment of duty by the collector of customs at the port of New York. D. Frank Lloyd, Asst. U. S. Atty. Hatch & Clute (Walter F. Welch, of counsel), for appellee. Before LACOMBE, WARD, and NOYES, Circuit Judges.

PER CURIAM. Decision of Circuit Court affirmed.

---

UNITED STATES v. SELLERS. (Circuit Court of Appeals, Second Circuit. January 12, 1909.) No. 93 (4,996). Appeal from the Circuit Court of the United States for the Southern District of New York. For decision below, see 160 Fed. 518, affirming a decision by the Board of United States General Appraisers. Note G. A. 6,472 (T. D. 27,684). J. Osgood Nichols, Asst. U. S. Atty. Brooks & Brooks (Frederick W. Brooks, of counsel), for appellee. Before LACOMBE, COXE, and NOYES, Circuit Judges.

PER CURIAM. Decision affirmed, on the opinion of the court below.

---

UNITED STATES ex rel. GIANT POWDER CO. v. AXMAN et al. (Circuit Court of Appeals, Ninth Circuit. November 2, 1908.) No. 1,657. In Error to the Circuit Court of the United States for the Northern District of California. Robert Harrison, for plaintiff in error. On certificate of clerk of Circuit Court, under subdivision 1 of rule 16 (150 Fed. xxix, 79 C. C. A. xxix), and motion to dismiss writ of error.

PER CURIAM. Cause dismissed. See, also, 152 Fed. 816.